UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY SCOTT MANN,<br><br>Defendant. | No.  1:20-cr-00127-DAD<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 4) |

On August 7, 2020, the U.S. District Court for the District of Kentucky issued an order granting the transfer of jurisdiction over the supervised release term of defendant Zachary Scott Mann to this court, where jurisdiction was accepted. (Doc. Nos. 2, 3.) On September 6, 2022, defendant Mann filed with this court a request for early termination of his supervised release term on his own behalf. (Doc. No. 4.) Unfortunately, until very recently the undersigned was unaware of that request having been filed. The court has now consulted with the Probation Office for this district and been advised that on October 21, 2022, approximately six weeks after filing his request for early termination, Mr. Mann's term of supervised release expired, and he is no longer under supervision.[1]

---

[1] The court was also advised that in September of 2022 Mr. Mann was moved by the Probation Office to its banked caseload in light of his compliance with all conditions of supervised release which would have lifted the travel restrictions that appeared to motivate his request for early termination.

1

Accordingly,

1. Defendant Mann's motion for early termination of supervised release (Doc. No. 4) is denied without prejudice as having been rendered moot by the expiration of his supervised release term; and

2. The Clerk of the Court is directed to close this case once again.

IT IS SO ORDERED.

Dated:   **April 20, 2023**                                 _Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE

2